UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re:   OLGA ALDERETE                                        Case No. 10-32568-HCM
                                                              Chapter 13
Debtor Name

**Notice of Final Cure Payment and Completion of Payments under the Plan**

Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor has completed all payments under the plan.

Name of creditor:  RESIDENTIAL CREDIT SOLUTIONS
Trustee claim no. (if known): 003

Last four digits of any number used to identify the debtor's account: 7089

| **Final Cure Amount** | |
|---|---|
| Amount of Allowed Arrearage | $20,192.42 |
| Amount Paid by Trustee | $20,192.42 |

| **Monthly Ongoing Mortgage Payment is Paid** | |
|---|---|
| Monthly ongoing mortgage payment is paid directly by debtor. | |

Within 21 days of the service of this Notice, the creditor must file and serve same on the debtor, debtor's counsel and the trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5), the debtor is otherwise current on all payments or be subject to further action of the court including possible sanctions.

Dated:  February 3, 2016

                                                  Respectfully Submitted:

                                                  /s/ Stuart C. Cox
                                                      Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2016, service of a true and complete copy of the above and foregoing pleading was made upon the following by depositing the same in the United States mail.

Debtor -

OLGA ALDERETE
9520 BELLIS
EL PASO, TX 79925

Debtor's Attorney -

SALVADOR RAMIREZ
ATTORNEY AT LAW
5959 GATEWAY BLVD. WEST #439
EL PASO, TX 79925-0000

Creditor -

RESIDENTIAL CREDIT SOLUTIONS
P.O. BOX 650090
DALLAS, TX 75265-0090

/s/ Stuart C. Cox

Stuart C. Cox

Chapter 13 Standing Trustee